# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

ERICA BALDWIN, et al., :

    Plaintiffs : CIVIL ACTION NO. 19-2013

v. : (JUDGE MANNION)

ANN VADELLA, et al., :

    Defendants :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The plaintiffs' motion to proceed *in forma pauperis*, **(Doc. 2)**, is **GRANTED**.

**(2)** The plaintiffs' complaint is **DISMISSED** with respect to defendant Kelly for the plaintiffs' failure to state a claim with respect to this defendant upon which relief can be granted.

**(3)** The plaintiffs' complaint is **DISMISSED** with respect to the Vadellas in light of the court's declination to exercise supplemental jurisdiction over the claims against them.

**(4)** The Clerk of Court is directed to **CLOSE THIS CASE**.

*s/Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 22, 2019**

19-2013-01-ORDER.wpd